# IN RE: MOHAMMED AHMED HASSAN ABDALLAH OMRAN LITIGATION

### MDL No. 2643

United States Judicial Panel on Multidistrict Litigation.

October 9, 2015

Before Sarah S. Vance, Chair, Marjorie O. Rendell, Charles R. Breyer, Lewis A. Kaplan, Ellen Segal Huvelle, R. David Proctor, and Catherine D. Perry, Judges of the Panel.

## ORDER DENYING TRANSFER

Sarah S. Vance, Chair

**Before the Panel:** Plaintiff Mohammed Ahmed Hassan Abdallah Omran, who is proceeding *pro se,* moves under 28 U.S.C. § 1407 to centralize the two actions listed on the attached Schedule A in the District of Massachusetts. The actions are pending in that district and the District of New Hampshire. Defendant the United States of America opposes centralization.

After considering the parties' arguments, we deny centralization. As mentioned, the motion encompasses only two actions. The common factual issues are not particularly complex, and are limited to allegations concerning the conduct of three federal officer defendants following plaintiff's August 2012 arrest for making a false claim of citizenship.[1] Each action also involves a number of unique defendants and allegations. For example, the New Hampshire action concerns alleged conduct of defendants Darika Frichittan-

vong and Marian Noronha in facilitating plaintiffs arrest, as well as claims that an attorney, defendant Bjorn Lange, engaged in legal malpractice or other misconduct. None of those three defendants is sued in the Massachusetts action. In these circumstances, informal cooperation and coordination on the part of the involved parties and courts are both practicable and preferable. *See In re: Boehringer Ingelheim Pharm., Inc., Fair Labor Standards Act (FLSA) Litig.,* 763 F.Supp.2d 1377, 1378–79 (J.P.M.L.2011).

IT IS THEREFORE ORDERED that the motion for centralization of these actions is denied.

## SCHEDULE A

### MDL No. 2643 — IN RE: MOHAMMED AHMED HASSAN ABDALLAH OMRAN LITIGATION

*District of Massachusetts*

*Omran v. United States of America, et al.,* C.A. No. 1:14–13881

*District of New Hampshire*

*Omran v. Bleezarde, et al.,* C.A. No. 1:15–00190

---

1. Specifically, in both actions, plaintiff alleges that defendants Philip Bleezarde, an agent for U.S. Immigration and Customs Enforcement (ICE) and Brendan Galway, an agent for the Federal Bureau of Investigation, conducted two illegal searches and seizures, that Blee-

zarde lied in an affidavit submitted to obtain a search warrant for plaintiff's computer, and that defendant Kevin Clouthier, also an ICE agent, exceeded his authority in conducting a search of that computer.